UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAGED LABIB KARAS,<br><br>        Plaintiff,<br><br>   v.<br><br>CDCR, *et al.*,<br><br>        Defendants. | Case No. 2:20-cv-01488-JAM-JDP (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME<br><br>ECF No. 14 |

Plaintiff has filed a motion for extension of time to file objections to the January 28, 2021, findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time, ECF No. 14, is granted; and

2. Plaintiff is granted up to and including March 10, 2021, in which to file objections to the findings and recommendations.

IT IS SO ORDERED.

Dated:   February 22, 2021                   _____
                                                          JEREMY D. PETERSON
                                                          UNITED STATES MAGISTRATE JUDGE